Mark S. Shipow, Esq. (SBN 91134)
BUSINESS LEGAL PARTNERS,
Attorneys at Law, Law Corp.
135 W. Green Street, Suite 100
Pasadena, CA 91105
(818) 710-1906
(626) 356-8080
(626) 578-1827 fax
mshipow@bizlegalpartners.com.

Attorneys for Spotlight Cinema Networks, LLC
and Fox Cable Networks, Inc.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA WESTON AND DELMAR WESTON, d/b/a ACTION ON FILM, <br><br> Plaintiffs, <br><br> vs. <br><br> SPOTLIGHT CINEMA NETWORKS, LLC, a Texas company, FOX CABLE NETWORKS, INC., a Delaware corporation, and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO. 2:17-cv-3369 MWF (AFMx) <br><br><br> **ORDER DISMISSING LITIGATION** <br><br><br> Trial Date: January 8, 2019 |

Plaintiffs Theresa Weston and Delmar Weston, D/B/A Action On Film (collectively "Weston"), and Defendants Spotlight Cinema Networks, LLC ("Spotlight") and Fox Cable Networks, Inc. ("Fox"), through their counsel Mark S. Shipow, having stipulated and requested the Court to order that the Complaint in this action be dismissed, with prejudice, with each party to bear its own attorneys' fees and costs,

-1-

1     IT IS HEREBY ORDERED that the Complaint in this action is hereby
2 dismissed, with prejudice, with each party to bear its own attorneys' fees and costs.
3
4
5 IT IS SO ORDERED.
6
7 Date: March 21, 2018
                              United States District Court Judge

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 135 W. Green Street, Suite 100, Pasadena, CA 91105.

On March 21, 2018, I caused the preceding document described as **[PROPOSED] ORDER DISMISSING LITIGATION** to be served on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

> Mr. Delmar Weston
> Mrs. Theresa Weston
> 2834 Via Stella Avenue
> Henderson, Nevada 89074

__xx__ (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at West Hills, California.

__xx__ (FEDERAL) I declare that I am a member of the Bar of this Court and personally caused service to be made.

Executed on March 21, 2018, at West Hills, California.

*/s/ Mark S.*
_____
Mark S. Shipow

-3-